AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilkinson, III, James H. | Fourth US Circuit Court of Appeals | 5/8/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Court Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐    Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

255 W. Main Street Room 230
Charlottesville, VA 22902

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. to date | I will receive no salary from my former employer, the University of Virginia Law School. There will be no continuing participation (contd Part VIII) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2/24/2011 | Oxford University Press (Royalty) | $7,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Constitution Society | June 16-17, 2011 | Washington, DC | Panel | Lodging |
| 2. | William & Mary School of Law | September 23-24, 2011 | Williamsburg, VA | Panel | Lodging/Meals |
| 3. | The Federalist Society | November 9, 2011 | Washington, DC | Banquet | Meal |
| 4. | The Brookings Institute | November 30 - December 1, 2011 | Washington, DC | Speaker | Meal |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, James H. | 5/8/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, James H. | 5/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | | | | | | | | | |
| 2. Albemarle Corp Common Stock | A | Dividend | K | T | | | | | |
| 3. AT&T Common Stock | D | Dividend | M | T | | | | | |
| 4. Deere & Co Common Stock | C | Dividend | N | T | | | | | |
| 5. Dupont E I De Nemours & Co Common Stock | C | Dividend | M | T | | | | | |
| 6. Duke Energy Corp Common Stock | C | Dividend | L | T | | | | | |
| 7. General Electric Co Common Stock | C | Dividend | M | T | | | | | |
| 8. Hewlett Packard Common Stock | B | Dividend | M | T | | | | | |
| 9. Johnson & Johnson Common Stock | B | Dividend | K | T | | | | | |
| 10. Kraft Common Stock | A | Dividend | J | T | | | | | |
| 11. Lily Ely & Co Common Stock | B | Dividend | K | T | | | | | |
| 12. Merck & Co Comon Stock | C | Dividend | L | T | | | | | |
| 13. Pfizer & Co Common Stock | B | Dividend | K | T | | | | | |
| 14. Proctor & Gamble Co Common Stock | D | Dividend | N | T | | | | | |
| 15. Providence & Worcester RR Common Stock | A | Dividend | K | T | | | | | |
| 16. Royal Dutch Petroleum Shell Co Common Stock | D | Dividend | M | T | | | | | |
| 17. Spectra Energy Corp Common Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, James H. | 5/8/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SunTrust Bank Inc Common Stock | A | Dividend | J | T | | | | | |
| 19. Ridgeworth Fd - Large Cap Core Equity | | None | | | Merged (with line 20) | 5/2/2011 | K | | |
| 20. Ridgeworth Fd - Large Cap Core Growth Fund | A | Dividend | K | T | | | | | |
| 21. Ridgeworth Fd - Sm Cap Val Equty | C | Dividend | L | T | Buy (add'l) | 06/13/11 | K | | |
| 22. Ridgeworth Fd - Mid-Cap Core Eqty | | None | | | Merged (with line 23) | 5/2/11 | M | | |
| 23. Ridgeworth Fd - MidCap Value Eqty | D | Dividend | M | T | | | | | |
| 24. Ridgeworth Fd - Intl Equity | D | Dividend | N | T | | | | | |
| 25. Ridgeworth Fd - Va Inter Mun Bond | E | Interest | P1 | T | | | | | |
| 26. Vanguard Fd- Intl Eqty IDX MSCI Emerg Mkt | A | Dividend | K | T | Buy | 6/14/11 | K | | |
| 27. Federated FD - Va Muni MMKT | A | Interest | | | Sold | 10/17/11 | M | | |
| 28. Federated FD - TR MMMKT | A | Interest | M | T | Buy | 10/17/11 | M | | |
| 29. | | | | | | | | | |
| 30. IRA #1 | | | | | | | | | |
| 31. Ridgeworth Fd - Mid Cap Value Equity | A | Dividend | J | T | | | | | |
| 32. Ridgeworth Fd - Large Cap Growth | | None | K | T | | | | | |
| 33. Ridgeworth Fd - Large Cap Value Equity | A | Dividend | K | T | Buy (add'l) | 8/1/2011 | J | | |
| 34. Ridgeworth Fd - Emerging Growth | | None | J | T | Buy (add'l) | 8/1/2011 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, James H. | 5/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ridgeworth Fd - Intl 130/30 | | None | | | Sold | 04/19/11 | J | A | |
| 36. Ridgeworth Fd - Intl Equity Index | A | Dividend | J | T | Buy (add'l) | 4/19/11 | J | | |
| 37. Federated Fd - Prime Obligations MMKT | A | Interest | | | Sold | 10/17/11 | J | | |
| 38. Federated FD - TR MMMKT | A | Interest | J | T | Buy | 10/17/11 | J | | |
| 39. | | | | | | | | | |
| 40. Trust #2 | | | | | | | | | |
| 41. Albemarle Corp Common Stock | A | Dividend | K | T | | | | | |
| 42. AT&T Common Stock | B | Dividend | K | T | | | | | |
| 43. Dupont E I De Nemours & Co Common Stock | A | Dividend | K | T | | | | | |
| 44. Duke Energy Corp Common Stock | A | Dividend | J | T | | | | | |
| 45. Hewlett Packard Common Stock | A | Dividend | K | T | | | | | |
| 46. Johnson & Johnson Common Stock | C | Dividend | L | T | | | | | |
| 47. Lincoln Natl Corp Common Stock | B | Dividend | L | T | | | | | |
| 48. Merck & Co Common Stock | B | Dividend | K | T | | | | | |
| 49. Pfizer & Co Common Stock | A | Dividend | K | T | | | | | |
| 50. Royal Dutch Petroleum Shell Co Common Stock | B | Dividend | K | T | | | | | |
| 51. Spectra Energy Corp Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, James H. | 5/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ridgeworth Fd -Agressive Growth | | None | K | T | | | | | |
| 53. Ridgeworth Fd - Va Inter Mun Bond | D | Interest | M | T | | | | | |
| 54. Federated FD - Va Muni MMKT | A | Interest | | | Sold | 10/17/11 | K | | |
| 55. Federated FD - TR MMMKT | A | Interest | K | T | Buy | 10/17/11 | K | | |
| 56. | | | | | | | | | |
| 57. Deposit Accounts | | | | | | | | | |
| 58. SunTrust Interest Checking #1 | A | Interest | J | T | | | | | |
| 59. SunTrust Checking #2 | | None | J | T | | | | | |
| 60. SunTrust Checking #3 | | None | J | T | | | | | |
| 61. | | | | | | | | | |
| 62. Trust #3 | | | | | | | | | |
| 63. Ridgeworth Fd - Large Cap Core Equity | | None | | | Merged (with line 64) | 05/02/11 | M | | |
| 64. Ridgeworth Fd - Large Cap Core Growth Stock | A | Dividend | | | Sold | 08/01/11 | M | | |
| 65. Ridgeworth Fd - Small Cap Growth Stock | | None | J | T | | | | | |
| 66. Ridgeworth Fd - Intl Equity | B | Dividend | J | T | | | | | |
| 67. Ridgeworth Fd - Intl 130/30 | | None | | | Sold | 04/15/11 | J | | |
| 68. Ridgeworth Fd - Large Cap Growth Stock | | None | M | T | Buy (add'l) | 08/01/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, James H. | 5/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 8/24/11 | K | | |
| 70. Ridgeworth Fd - Agressive Growth Stock | | None | | | Sold | 04/15/11 | K | C | |
| 71. Ridgeworth Fd - Emerging Growth Stock | | None | | | Sold | 04/15/11 | K | C | |
| 72. Ridgeworth Fd - Large Cap Value Equity | B | Dividend | M | T | Buy (add'l) | 08/01/11 | M | | |
| 73. | | | | | Buy (add'l) | 8/24/11 | K | | |
| 74. Ridgeworth Fd - Mid Cap Value Equity | B | Dividend | K | T | | | | | |
| 75. Ridgeworth Fd - Va Inter Mun Bond | D | Interest | N | T | Buy (add'l) | 4/15/11 | L | | |
| 76. | | | | | Sold (part) | 8/24/11 | L | B | |
| 77. Federated FD - Va Muni MMKT | A | Interest | | | Sold | 10/17/11 | K | | |
| 78. Federated FD - TR MMMKT | A | Interest | K | T | Buy | 10/17/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II: Agreements.
RE: I will rec, contd.... in any benefit plan provided by the University, although past pension benefits are vested. My mortgage was provided at a favorable rate available to faculty members and had to be refinanced within 6 months of leaving the University. The mortgage was paid in full on 02/09/1985.

---

Trust #1

My Revocable Trust

---

IRA

My current IRA -
Account is invested entirely in SunTrust Bank mutual funds, named Ridgeworth Funds.

---

Trust #2

███████ Revocable Trust

---

Trust #3

Irrevocable GST Trust for me ████████████

This trust was created from ███████ Trust (██ Revocable Trust became Irrevocable Interim Trust - after ████████) which was split into two shares, after IRS approval was received, for ██████████ me. My share later became this trust. When it was initially funded, it only held cash, but it has now been fully invested. The overall asset allocation now includes various asset classes represented by a diverse group of SunTrust Bank mutual funds (Ridgeworth Funds) and Federated money market funds.

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, James H. | 5/8/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James H. Wilkinson, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544